**STATE of Missouri, Respondent,**

v.

**Gary Lee MOORE, Appellant.**

**No. WD 59341.**

Missouri Court of Appeals, Western District.

Sept. 11, 2001.

Jeffrey B. Tonkin, Kansas City, for appellant.

Stephen G. Sanders, Jess Michaelsen, Asst. Pros. Attys., Platte City, for respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN, J. and JAMES M. SMART, Jr., J.

### ORDER

PER CURIAM:

Mr. Gary Lee Moore appeals the trial court's judgment finding Mr. Moore guilty of speeding pursuant to Section 304.010, RSMo. Cum.Supp.1996. For the reasons set forth in the memorandum provided to the parties, we affirm the trial court's judgment. Rule 30.25(b).